**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Man H. Huh and Hee Huh     CHAPTER 13
              Debtor(s)

BKY. NO. 12-10971 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Ditech Financial LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0928

                                                                    Respectfully submitted,

                                                                    **/s/Thomas Puleo, Esquire**
                                                                    Thomas Puleo, Esquire
                                                                    Brian C. Nicholas, Esquire
                                                                    KML Law Group, P.C.
                                                                    701 Market Street, Suite 5000
                                                                    Philadelphia, PA 19106-1532
                                                                    (215) 825-6306  FAX (215) 825-6406