United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Man H. Huh  
Hee Huh  
      Debtors

Case No. 12-10971-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jul 19, 2017  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13030007        E-mail/Text: bankruptcy.bnc@ditech.com Jul 20 2017 01:31:07      Green Tree Servicing, LLC,  
        P.O. Box 6154,    Rapid City, SD 57709-6154
                                                                                                                                                                                                                   TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2017 at the address(es) listed below:
         DANA S. PLON    on behalf of Creditor    Phoenixville Town Center LP dplon@sirlinlaw.com  
         JILL MANUEL-COUGHLIN    on behalf of Creditor    GREEN TREE SERVICING, LLC jill@pkallc.com,  
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
         KEVIN T MCQUAIL    on behalf of Creditor    BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP ecfmail@mwc-law.com  
         MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A., et al... mcohen@mwc-law.com  
         MARK G. WOLKOFF    on behalf of Joint Debtor Hee Huh mgwolkoff@aol.com, rbatmgw@aol.com  
         MARK G. WOLKOFF    on behalf of Debtor Man H. Huh mgwolkoff@aol.com, rbatmgw@aol.com  
         THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC  
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                                                                                    TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-10971-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Man H. Huh<br>1527 Sweetbriar Drive<br>Jamison PA 18929 | Hee Huh<br>1527 Sweetbriar Drive<br>Jamison PA 18929 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/17/2017.

Name and Address of Alleged Transferor(s):

Claim No. 17: Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

Ditech Financial LLC f/k/a Green Tree
Servicing LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/21/17

Tim McGrath
**CLERK OF THE COURT**