United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-10971-elf
Man H. Huh                                                              Chapter 13
Hee Huh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer           Page 1 of 3          Date Rcvd: Sep 08, 2017
                              Form ID: 138NEW          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
```
db/jdb        +Man H. Huh,   Hee Huh,   1527 Sweetbriar Drive,   Jamison, PA 18929-1653
cr            +Ben Keisari,   23371 Mulholland Dr,   #137,   Woodland Hills, Ca 91364-2734
cr            +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr             FIA Card Services, N. FIA Card Services, N. A.,   4161 Piedmont Parkway,   NC4 105 03 14,
                Greensboro, NC  27410
12663779      +Advanta,   c/o Sage Capital Recovery,   1040 Kings Highway N.,   Cherry Hill, NJ 08034-1908,
                Acct No:   233854
12663778       American Express,   P.O. Box 26312,   Lehigh Valley, PA 18002-6312,   Acct No: 371736327521001
12764630       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12663774      +BAC Home Loans Servicing, LD,   c/o McCabe, Weisberg & Conway,
                123 S. Broad Street, Suite 2080,   Philadelphia, PA 19109-1031
12677838     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  FIA CARD SERVICES, N.A.,   PO Box 15102,
                Wilmington, DE 19886-5102)
12663775      +BGK Investments,   c/o Thomas Fadermount & Assocs.,   305 York Road, Suite 300,
                Jenkintown, PA 19046-3249
12663782      +Bank of America,   c/o Focus Receivables Management,   1130 North Chase Parkway, Suite 150,
                Marietta, GA 30067-6429,   Acct No: 5490998997439071
12806521       Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
12663780      +Bank of American,   c/o Focus Receivables Management,   1130 North Chase Parkway, Suite 150,
                Marietta, GA 30067-6429,   Acct No: 4339930015012541
12663783       Capital One Bank,   c/o Hayt, Hayt & Landau,   123 S. Broad Street, Suite 1660,
                Philadelphia, PA 19109-1003,   Acct No:  4003-4470-0128-2070
12663784       Capital One Bank,   P.O. Box 71083,   Charlotte, NC 28272-1083,   Acct No:  4003-4493-2581-6310
12695903       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
12663777      +Chase Bank,   c/o Westman, Weinberg & Reis,   325 Chestnut Street, Suite 501,
                Philadelphia, PA 19106-2605
12663776      +Discover Bank,   c/o Westman, Weinberg & Reis,   325 Chestnut Street, Suite 501,
                Philadelphia, PA 19106-2605
13488755      +FCI Lender Services, Inc.,   Attn:  Loan Servicing,   P.O. Box 27370,
                Anaheim Hills, CA 92809-0112
12663786       FIA Card Services,   c/o Northstar,   4285 Genesee Street,   Cheektowaga, NY 14225-1943,
                Acct No:  74973995106381
13136496      +FIA Card Services, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13379542       GREEN TREE SERVICING, LLC,   c/o JILL MANUEL-COUGHLIN,   Powers, Kirn & Associates, LLC,
                Powers Kirn and Associates LLC,   Southampton, PA 18966
12663792      +John H. Thompson,   c/o William Golman, Esquire,   90 East State Street,   P.O. Box 1989,
                Doylestown, PA 18901-0607
12663793      +Longview Management, L.P.,   c/o Peter A. Lesser, Esquire,   123 S. Broad Street, Suite 2100,
                Philadelphia, PA 19109-1042
12663773      +Mark G. Wolkoff, Esquire,   3 Eves Drive, Suite 305,   Marlton, NJ 08053-3129
12671256       PA Department of Revenue,   c/o Linebargar Goggan Blair Sampson,   P.O. Box 90128,
                Harrisburg, PA 17109-0128,   Acct No:  3951220
12716240      +Phoenixville Town Center, LP,   c/o Dana S. Plon, Esquire,   Sirlin Gallogly & Lesser, P.C.,
                123 South Broad Street, Suite 2100,   Philadelphia, PA 19109-1042
12663791       Sears Credit Card,   P.O. Box 183082,   Columbus, OH 43218-3082,   Acct No: 5121079710424828
12663795       T-Mobile,   P.O. Box 742596,   Cincinnati, OH 45274-2569,   Acct No:  695035808
12681414       Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
12905492       eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           +E-mail/Text: bncmail@w-legal.com Sep 09 2017 02:32:26      RICHARD S. RALSTON,
                Weinstein & Riley P. S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
smg            E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:32:46      City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:43      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/Text: bncmail@w-legal.com Sep 09 2017 02:32:26      Candica, LLC,
                C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE,   SUITE 400,   SEATTLE, WA 98121-3132
cr             E-mail/Text: bankruptcy.bnc@ditech.com Sep 09 2017 02:31:24      Ditech Financial LLC,
                PO BOX 6154,   Rapid City, SD  57709-6154
cr            +E-mail/Text: bankruptcydpt@mcmcg.com Sep 09 2017 02:32:16      Midland Credit Management, Inc.,
                2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2017 02:45:16
                PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
12674803       E-mail/Text: bkr@cardworks.com Sep 09 2017 02:31:10      Advanta Bank Corporation,
                c/o Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
12668402       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2017 02:45:26
                American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                Oklahoma City, OK  73124-8848
12663781      +E-mail/Text: egssupportservices@egscorp.com Sep 09 2017 02:32:28      Bank of America, MBNA,
                c/o NCO,   507 Prudential Road,   Horsham, PA 19044-2308,   Acct No:  4313077999375852
```

```
District/off: 0313-2              User: Jennifer                Page 2 of 3                  Date Rcvd: Sep 08, 2017
                                  Form ID: 138NEW               Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12726369       +E-mail/Text: bncmail@w-legal.com Sep 09 2017 02:32:26      Candica, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12715164       +E-mail/Text: bankruptcy@cavps.com Sep 09 2017 02:32:34      Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
12671235       +E-mail/Text: BKRMailOps@weltman.com Sep 09 2017 02:32:20      Chase Bank,
                 c/o Weltman, Weinberg & Reis,    325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
13122600       +E-mail/Text: bncmail@w-legal.com Sep 09 2017 02:32:26      Cheswold (Ophrys), LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12671234       +E-mail/Text: BKRMailOps@weltman.com Sep 09 2017 02:32:20      Discover Bank,
                 c/o Weltman, Weinberg & Reis,    325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
13952622        E-mail/Text: bankruptcy.bnc@ditech.com Sep 09 2017 02:31:24
                 Ditech Financial LLC f/k/a Green Tree,    Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13030007        E-mail/Text: bankruptcy.bnc@ditech.com Sep 09 2017 02:31:24      Green Tree Servicing, LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
12672395       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 09 2017 02:32:16      Midland Credit Management, Inc.,
                 2365 Nortside Drive, Suite 300,    San Diego, CA 92108-2709
12663790       +E-mail/Text: notices@burt-law.com Sep 09 2017 02:33:47      Midland Funding/Citi Bank,
                 c/o Burton Neil, Esquire,    1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5601,
                 Acct No:  148147
12683296       +E-mail/Text: bncmail@w-legal.com Sep 09 2017 02:32:30      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12813775        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2017 02:56:49
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12673549        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:31:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
12671254       +E-mail/Text: egssupportservices@egscorp.com Sep 09 2017 02:32:28      TD Bank,
                 c/o NCO Financial,   507 Prudential Road,    Horsham, PA 19044-2308,    Acct No:  374109684 OD
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              FCI Lender Services, Inc.
12671255        IRS,   Internal Revenue Service,    Cincinnati, OH 45999-0025,   Acct No:  187661913
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Cheswold (Ophrys), LLC,    c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
cr*            +FIA Card Services, N.A.,    P O Box 982284,   EL PASO, TX 79998-2284
cr*             Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Phoenixville Town Center LP,    c/o Dana S. Plon, Esquire,   Sirlin Gallogly & Lesser, P.C.,
                 123 South Broad Street, Suite 2100,    Philadelphia, PA 19109-1042
12671237*      +Advanta,   c/o Sage Capital Recovery,    1040 Kings Highway N.,   Cherry Hill, NJ 08034-1908,
                 Acct No:  233854
12671252*      +Albert LaTorre, DDS,    2289 Street Road,   Warrington, PA 18976-2338
12671236*       American Express,    P.O. Box 26312,   Lehigh Valley, PA 18002-6312,   Acct No:  371736327521001
12671232*      +BAC Home Loans Servicing, LD,    c/o McCabe, Weisberg & Conway,
                 123 S. Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
12663788*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA Card Services,    P. O.Box 15019,   Wilmington, DE 19886-5019,
                 Acct No:  4313077031466172)
12671246*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA Card Services,    P. O.Box 15019,   Wilmington, DE 19886-5019,
                 Acct No:  4313077031466172)
12663787*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA Card Services,    P. O.Box 15019,   Wilmington, DE 19886-5019,
                 Acct No:  5490998311659149)
12671245*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA Card Services,    P. O.Box 15019,   Wilmington, DE 19886-5019,
                 Acct No:  5490998311659149)
12663789*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA Card Services,    P. O.Box 15019,   Wilmington, DE 19886-5019,
                 Acct No:  74973516121224)
12671247*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA Card Services,    P. O.Box 15019,   Wilmington, DE 19886-5019,
                 Acct No:  74973516121224)
12671233*      +BGK Investments,    c/o Thomas Fadermount & Assocs.,   305 York Road, Suite 300,
                 Jenkintown, PA 19046-3249
12671240*      +Bank of America,    c/o Focus Receivables Management,   1130 North Chase Parkway, Suite 150,
                 Marietta, GA 30067-6429,    Acct No:  5490998997439071
12671239*      +Bank of America, MBNA,    c/o NCO,   507 Prudential Road,   Horsham, PA 19044-2308,
                 Acct No:  4313077999375852
12671238*      +Bank of American,    c/o Focus Receivables Management,   1130 North Chase Parkway, Suite 150,
                 Marietta, GA 30067-6429,    Acct No:  4339930015012541
12671241*       Capital One Bank,    c/o Hayt, Hayt & Landau,   123 S. Broad Street, Suite 1660,
                 Philadelphia, PA 19109-1003,    Acct No:  4003-4470-0128-2070
12671242*       Capital One Bank,    P.O. Box 71083,   Charlotte, NC 28272-1083,   Acct No:  4003-4493-2581-6310
```

```
District/off: 0313-2           User: Jennifer               Page 3 of 3                  Date Rcvd: Sep 08, 2017
                               Form ID: 138NEW              Total Noticed: 54


              ***** BYPASSED RECIPIENTS (continued) *****
12671243*        +FIA Card Services,    c/o Gordon & Weinberg,    1001 E. Hector Street, Suite 220,
                   Conshohocken, PA 19428-2395,    Acct No: 74975973920154
12671244*         FIA Card Services,    c/o Northstar,    4285 Genesee Street,    Cheektowaga, NY 14225-1943,
                   Acct No: 74973995106381
12671250*        +John H. Thompson,    c/o William Golman, Esquire,    90 East State Street,    P.O. Box 1989,
                   Doylestown, PA 18901-0607
12671251*        +Longview Management, L.P.,    c/o Peter A. Lesser, Esquire,    123 S. Broad Street, Suite 2100,
                   Philadelphia, PA 19109-1042
12671231*        +Mark G. Wolkoff, Esquire,    3 Eves Drive, Suite 305,    Marlton, NJ 08053-3129
12671248*        +Midland Funding/Citi Bank,    c/o Burton Neil, Esquire,    1060 Andrew Drive, Suite 170,
                   West Chester, PA 19380-5601,    Acct No: 148147
12961709*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
                   Norfolk, VA 23541)
12716241*        +Phoenixville Town Center LP,    c/o Dana S. Plon, Esquire,    Sirlin Gallogly & Lesser, P.C.,
                   123 South Broad Street, Suite 2100,    Philadelphia, PA 19109-1042
12730774*        +Phoenixville Town Center LP,    c/o Dana S. Plon, Esquire,    Sirlin Gallogly & Lesser, P.C.,
                   123 South Broad Street, Suite 2100,    Philadelphia, PA 19109-1042
12671249*         Sears Credit Card,    P.O. Box 183082,    Columbus, OH 43218-3082,    Acct No: 5121079710424828
12671253*         T-Mobile,    P.O. Box 742596,    Cincinnati, OH 45274-2569,    Acct No: 695035808
12663794        ##+Albert LaTorre, DDS,    2289 Street Road,    Warrington, PA 18976-2338
12663785        ##+FIA Card Services,    c/o Gordon & Weinberg,    1001 E. Hector Street, Suite 220,
                   Conshohocken, PA 19428-2395,    Acct No: 74975973920154
                                                                                               TOTALS: 2, * 32, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              DANA S. PLON    on behalf of Creditor    Phoenixville Town Center LP dplon@sirlinlaw.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    GREEN TREE SERVICING, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN T MCQUAIL    on behalf of Creditor    BAC Home Loans Servicing, LP FKA Countrywide Home Loans
               Servicing LP ecfmail@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A., et al... mcohen@mwc-law.com
              MARK G. WOLKOFF    on behalf of Joint Debtor Hee  Huh mgwolkoff@aol.com,    rbatmgw@aol.com
              MARK G. WOLKOFF    on behalf of Debtor Man H. Huh mgwolkoff@aol.com,    rbatmgw@aol.com
              THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Man H. Huh and Hee Huh
    Debtor(s)

Bankruptcy No: 12−10971−elf
Chapter: 13

---

## *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/8/17

123 − 122
Form 138_new