United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 12-10971-elf
Man H. Huh Chapter 13
Hee Huh
 Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2 User: JEGilmore Page 1 of 1 Date Rcvd: Oct 19, 2017
 Form ID: 212 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.
db/jdb +Man H. Huh, Hee Huh, 1527 Sweetbriar Drive, Jamison, PA 18929-1653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:
 DANA S. PLON on behalf of Creditor Phoenixville Town Center LP dplon@sirlinlaw.com
 JILL MANUEL-COUGHLIN on behalf of Creditor GREEN TREE SERVICING, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
 JOSHUA ISAAC GOLDMAN on behalf of Creditor BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
 KEVIN T MCQUAIL on behalf of Creditor BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP ecfmail@mwc-law.com
 MARISA MYERS COHEN on behalf of Creditor Bank of America, N.A., et al... mcohen@mwc-law.com
 MARK G. WOLKOFF on behalf of Joint Debtor Hee Huh mgwolkoff@aol.com, rbatmgw@aol.com
 MARK G. WOLKOFF on behalf of Debtor Man H. Huh mgwolkoff@aol.com, rbatmgw@aol.com
 THOMAS I. PULEO on behalf of Creditor DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
 United States Trustee USTPRegion03.PH.ECF@usdoj.gov
 WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
 TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                       Chapter: 13

    Man H. Huh and Hee Huh

Debtor(s)                                           Case No: 12−10971−elf

___

*ORDER*

      AND NOW, 10/19/17 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

      ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

      ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                        For The Court

                                                                        Eric L. Frank

                                                                        Chief Judge ,United States
                                                                        Bankruptcy Court