Certificate Number: 03621-PAE-DE-030108366

Bankruptcy Case Number: 12-10971



03621-PAE-DE-030108366

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 1, 2017</u>, at <u>10:21</u> o'clock <u>AM EDT</u>, <u>Chee Jeong Huh</u> completed a course on personal financial management given <u>by telephone</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  November 1, 2017           By:   /s/Antionette Gilkes

                                  Name: Antionette Gilkes

                                  Title: Credit Counselor