United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Man H. Huh  
Hee Huh  
    Debtors

Case No. 12-10971-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Jan 18, 2018  
                      Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.  
db/jdb       +Man H. Huh,   Hee Huh,   1527 Sweetbriar Drive,   Jamison, PA 18929-1653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:  
        DANA S. PLON   on behalf of Creditor   Phoenixville Town Center LP dplon@sirlinlaw.com  
        JILL   MANUEL-COUGHLIN   on behalf of Creditor   GREEN TREE SERVICING, LLC jill@pkallc.com,  
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        KEVIN T MCQUAIL   on behalf of Creditor   BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP ecfmail@mwc-law.com  
        MARISA MYERS COHEN   on behalf of Creditor   Bank of America, N.A., et al... mcohen@mwc-law.com  
        MARK G. WOLKOFF   on behalf of Joint Debtor Hee  Huh mgwolkoff@aol.com,   rbatmgw@aol.com  
        MARK G. WOLKOFF   on behalf of Debtor Man H. Huh mgwolkoff@aol.com,   rbatmgw@aol.com  
        THOMAS I. PULEO   on behalf of Creditor   DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                               TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Man H. Huh and Hee Huh : Case No. 12−10971−elf

    Debtor(s)

***ORDER***
_____

AND NOW, this day , 18th day of January, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

133
Form 195